AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

ALTON PARTNERS, On Behalf of Himself and All
Others Similarly Situated,
Plaintiffs,

V.

XINHUA FINANCE MEDIA LIMITED, FREDY
BUSH and SHELLY SINGHAL,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 4443

TO: (Name and address of defendant)

XINHUA FINANCE MEDIA LIMITED
c/o Law Debenture Corporate Services Inc.
400 Madison Avenue, 4th Floor
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREDERIC S. FOX, Esq.
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                   MAY 30 2007

CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                                              Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

Exact Name of Case: __Xinhua__

Date/Time Served: __5/30/07    2:40 pm__

Type of Document Served:

{ } Complaint(s) and Summons
{X} Subpoena
{ } Other (specify): _____

Name(s) of document served (if not one of the above): _____

Name of Person Served: __Jasmine Marrero__

Position of Person Served: __Assistant__

Company Name/Address: __Law Debenture__
__400 Madison Ave. 4th Floor__
__New York, NY, 10017__

Color of Skin: __Tan__

Color of Hair: __Black / Short__

Approximate Height: __5'6"__

Approximate Weight: __160__

Name of Server: __Kenneth Adams__

County of Residence: _____