AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ALTON PARTNERS, On Behalf of Himself and All Others Similarly Situated,
Plaintiffs,

V.

XINHUA FINANCE MEDIA LIMITED, FREDY BUSH and SHELLY SINGHAL,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 4443

TO: (Name and address of defendant)

SHELLY SINGHAL
c/o Law Debenture Corporate Services Inc.
400 Madison Avenue, 4th Floor
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREDERIC S. FOX, Esq.
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

MAY 30 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                                  Signature of Server

                                                         _____
                                                         Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

Exact Name of Case: Xinhua

Date/Time Served: 5/30/07  2:40pm

Type of Document Served:

{ } Complaint(s) and Summons
{X} Subpoena
{ } Other (specify): _____

Name(s) of document served (if not one of the above): _____

Name of Person Served: Jasmine Marrero

Position of Person Served: Assistant

Company Name/Address: Law Debenture
400 Madison Ave, 4th Floor
New York, NY, 10017

Color of Skin: Tan

Color of Hair: Black / Short

Approximate Height: 5'6"

Approximate Weight: 160

Name of Server: Kenneth Adams

County of Residence: _____