

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION

This Document Relates To:

All Actions

Master File 07 Civ. 3994 (LTS)

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ISSUES**

WHEREAS, on August 24, 2007, this Court entered an Order regarding the schedule for filing an amended complaint and Defendants' response thereto (the "Order");

WHEREAS, in the Order, the Court scheduled a pre-trial conference on January 23, 2008 at 2:00 p.m. and ordered that counsel for all parties prepare, execute and file with the Court in advance a preliminary pre-trial statement;

WHEREAS, this case is governed by the Private Securities Litigation Reform Act ("PSLRA"), and specifically by 15 U.S.C. § 77z-1(b)(1), which stays "all discovery and other proceedings . . . during the pendency of any motion to dismiss unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.";

WHEREAS, the parties agree that, because of the stay imposed by 15 U.S.C. § 77z-1(b)(1), disposition of Defendants' now-pending motions to dismiss is warranted prior to both the submission of a preliminary pre-trial statement and the holding of a pre-trial conference;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1. The preliminary pre-trial statement and the pre-trial conference are adjourned *sine die* until after the Court's ruling on Defendants' motions to dismiss.

Dated: January 8, 2008

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

By: U.S. [signature]
U. Seth Ottensoser (UO-9703)
Gregory M. Egleston (GE-1932)
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414

Dated: January 8, 2008

**KAHN GAUTHIER SWICK, LLC**

By: Kim E. Miller /scb
Kim E. Miller (KM-6966)
12 East 41St Street, 12th Floor
New York, New York 10017
Tel: (212) 696-3730

Lewis S. Kahn
650 Poydras St Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400

***Co-Lead Counsel for Plaintiffs***

Dated: January ____, 2008

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By:______________________
Douglas Clark (DC 8309)
Gideon A. Schor (GS 5932)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 497-7753

***Attorneys for Defendants Xinhua Finance Media Ltd., Fredy Bush and Shelly Singhal***

1. The preliminary pre-trial statement and the pre-trial conference are adjourned *sine die* until after the Court's ruling on Defendants' motions to dismiss.

Dated: January ____, 2008

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

By:______________________________
U. Seth Ottensoser (UO-9703)
Gregory M. Egleston (GE-1932)
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414

Dated: January ____, 2008

**KAHN GAUTHIER SWICK, LLC**

By:______________________________
Kim E. Miller (KM-6966)
12 East 41St Street, 12th Floor
New York, New York 10017
Tel: (212) 696-3730

Lewis S. Kahn
650 Poydras St Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400

***Co-Lead Counsel for Plaintiffs***

Dated: January 8, 2008

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: [signature]
Douglas Clark (DC 8309)
Gideon A. Schor (GS 5932)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 497-7753

***Attorneys for Defendants Xinhua Finance Media Ltd., Fredy Bush and Shelly Singhal***

Dated: January 8, 2008

**CLIFFORD CHANCE US LLP**

By: ______________________
Mark A. Kirsch (MK 7806)
Mark Holland (MH 6494)
Angelique Shingler (AS 6052)
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-9000

*Attorneys for Defendants JP Morgan Securities, Inc., UBS AG, CIBC World Markets Corp., and W.R. Hambrecht + Co. LLC*

SO ORDERED

______________________ 1/14/2008
The Honorable Laura T. Swain